IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BELINDA POWELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-267-L** |
| | § | |
| **JUAN JASSO; CHRISTOPHER RUIZ; MICHAEL OROSCO; JOSUE CAPETILLO; JACQUELINE LUNDO; EDWARD ANTUNEZ; and DALLAS COUNTY,** | § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

On February 6 and 24, 2020, the magistrate judge entered orders of deficiency requiring Plaintiff to pay the requisite case filing fee or file a motion to proceed *in forma pauperis* using the AO 239 long form available on the court's website using the website link provided by the magistrate judge to that form. After she failed to do either, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 10) was entered on March 31, 2020, recommending that the court dismiss without prejudice this action for failure to comply with a court order or failure to prosecute. Although no objections to the Report were filed, the court gave Plaintiff another opportunity to either pay the filing fee or file a motion to proceed *in forma pauperis* by June 9, 2020, in accordance with the magistrate judge's orders. The court expressly warned that Plaintiff's failure to comply with the court's instructions and the orders entered by the magistrate judge would result in dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order.

**Order - Page 1**

On June 8, 2020, Plaintiff moved to proceed *in forma pauperis* (Doc. 19), but, instead of completing the AO 239 long form as directed by the magistrate judge using the website link provided to that form, she filed her motion using the AO 240 short form, which does not include all of the information needed to determine whether she should be allowed to proceed without prepaying court fees and costs. The court will not give Plaintiff another chance to comply with the undersigned's and the magistrate judge's orders and instructions, as she has already been given three opportunities to do so. Moreover, granting Plaintiff a further continuance to comply with the orders entered in this case would unnecessarily delay the resolution of the litigation. Rather than dismiss with prejudice the action as indicated in the court's prior order, though, it will dismiss without prejudice this action under Rule 41(b).

Accordingly, having considered Plaintiff's motion to proceed *in forma pauperis* (Doc. 19), the record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court, therefore, **strikes** Plaintiff's motion to proceed *in forma pauperis* (Doc. 19) and **dismisses without prejudice** this action under Rule 41(b) for failure to comply with court orders and failure to prosecute. The court also **directs** the clerk of the court to term all pending motions.

**It is so ordered** this 11th day of June, 2020.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge